# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| WAYMON D. SHAW, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-82 |
| | * | |
| v. | * | |
| | * | |
| APPLING COUNTY DETENTION | * | |
| CENTER; ADAM BELL; MARK MELTON; | * | |
| and MRS. CRUMMEY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is Plaintiff Waymon D. Shaw's ("Shaw") Objection to the Magistrate Judge's Report and Recommendation dated July 20, 2017. Dkt. No. 5. Shaw's Objection is not responsive to the Report and Recommendation. Accordingly, after an independent and *de novo* review of the entire record, the Court **OVERRULES** Plaintiff's Objection, **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 4, as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

AO 72A
(Rev. 8/82)

Further, the Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_31\_\_\_ day of \_\_\_August\_\_\_, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)